MEMORANDUM
TO THE HONORABLE FREDERIC BLOCK
SENIOR UNITED STATES DISTRICT JUDGE



RE: CARLINI, Ari
DKT. No.: 1:01-CR-327-01
Request for Transfer of Jurisdiction

Reference is made to the above-mentioned individual for whom Your Honor sentenced on November 16, 2001, to twenty-four (24) months custody of the United States Bureau of Prisons (BOP), to run consecutively to the sentence imposed on January 26, 1996, by the Honorable William J. Zloch in 96-CR-6013 in the Southern District of Florida, to be followed by three (3) years supervised release, with special conditions that he participate in a drug treatment program as directed by the probation department, and not possess any kind of firearm.

Mr. Carlini resides in Sunny Isles, Florida and is being supervised by the Southern District of Florida. At this time the U.S. Probation Department in the Southern District of Florida is requesting a transfer of jurisdiction.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY:

Deborah Roth
Executive Assistant

Date: June 29, 2009

THE COURT HEREBY ORDERS:
☒ Transfer of Jurisdiction
☐ Other _____

_____       6/30/09
Signature of Judicial Officer                Date

Enclosures: Three Probation Forms 22